UNITED STATES of America, Plaintiff–Appellee

v.

Michael Paul CARNEGARY, Defendant–Appellant.

No. 08–50460
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 17, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

Michael Paul Carnegary has completed a 78–month sentence for distribution of a controlled substance within 1,000 feet of a park. He appeals the district court's determination that his sentence should not be reduced under 18 U.S.C. § 3582(c)(2). He asks this court to vacate his sentence and to remand for resentencing. Because Carnegary was released from prison on March 20, 2009, we DISMISS the appeal

---

as moot. *See In re Scruggs*, 392 F.3d 124, 128 (5th Cir.2004).

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.